Herbert S. Olson, in pro se
P.O. Box 815
Fallon, NV 89406
(775) 423-6163

Attorney for Plaintiff,
Herbert S. Olson, in pro se

**FILED**
OCT - 2 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HERBERT S. OLSON | Case No. 2:08-CV-00867 WBS JFM |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON |
| vs. | |
| ARTIN, INC., a California corporation, dba NEIK MARKET, MEHDI BEHMARD, FARDEH BEHMARD, SHAPOUR KAZEMI, and DOES ONE through FIFTY, inclusive, | |
| Defendants, | |

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

IT IS HEREBY STIPULATED, pursuant to FRCP 41(a)(1) that Plaintiff, HERBERT S. OLSON and Defendants, ARTIN, INC., a California corporation, dba NEIK MARKET, MEHDI BEHMARD, FARDEH BEHMARD, SHAPOUR KAZEMI, and DOES ONE through FIFTY, inclusive, stipulate and agree that the above matter may be dismissed as to all claims and all Defendants, with prejudice. Each party is to bear their own fees and costs.

DATED: Sep 29, 08                             MEHDI BEHMARD

BY: _____

Mehdi Behmard, in pro se
Attorney for Defendants
ARTIN, INC., a California
corporation, dba NEIK MARKET


DATED: 09/24/2008                             HERBERT S. OLSON

_____
Herbert S. Olson, in pro se


IT IS SO ORDERED

DATED: 10/2/2008                              William B. Shubb
                                              William B. Shubb
                                              U.S. District Court Judge

# SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release is entered into by and between HERBERT S. OLSON, on behalf of himself, his agents, attorneys, representatives, executives, heirs, successors, and assigns (collectively "PLAINTIFF") on the one hand, and ARKIN, INC., a California corporation, dba NEIK MARKET, MEHDI BEHMARD, FARDEH BEHMARD, SHAPOUR KAZEMI and DOES ONE through FIFTY, inclusive, on behalf of themselves, their parent companies, other affiliated partnerships, partners, companies, divisions, subsidiaries, insurers, and their officers, directors, employees, agents, attorneys, representatives, successors and assigns (collectively referred herein as "DEFENDANT") on the other hand. PLAINTIFF and DEFENDANTS collectively shall be referred to hereinafter as "the Parties". This Agreement is made between the Parties pursuant to the following terms and conditions.

1.) On or about July 14, 2008, PLAINTIFF filed a lawsuit against DEFENDANTS in the United States District Court, for the Eastern District of California, Case Number 2:08-CV-867 WBS JFM (the "Action") in which PLAINTIFF sought damages and injunctive relief for, among other things, violations of the Americans With Disabilities Act of 1990, violation of California Health and Safety Code § 19955 et seq., and violations of California Civil Code § 54, 54.1, and 54.3. PLAINTIFF acknowledges that he has no actions of law or administrative proceedings currently pending against DEFENDANTS other than the action described above. The Parties now wish to resolve any and all disputes between them, including any cross-claims, cross-actions or other disputed claims relating to the above-entitled matter, including issues concerning compliance with the Americans With Disabilities Act, California Health & Safety Code, and the California Civil Code as set forth above pursuant to the terms and conditions described herein.

page 1.

2) DEFENDANTS covenant and agree to pay the total sum of ONE THOUSAND DOLLARS ($1,000.00) payable by check to HERBERT S. OLSON.

(a) The sum of ONE THOUSAND DOLLARS ($1,000.00) shall be made in three (3) payments. The first payment of ($500.00) FIVE HUNDRED DOLLARS shall be due and payable upon execution of this agreement. The second payment of ($300.00) THREE HUNDRED DOLLARS shall be due and payable on or before October 20, 2008. The third payment of ($200.00) TWO HUNDRED DOLLARS shall be due payable on or before November 20, 2008.

(b.) Should DEFENDANTS fail to make a timely payment as scheduled PLAINTIFF may immediately file for a judicial judgment and seek payment of the remaining amount due, plus ($600.00) SIX HUNDRED DOLLARS, plus any attorney fees and costs incurred in the filing.

3) Within five days after DEFENDANTS have delivered the initial payment of the settlement sum to PLAINTIFF. The PLAINTIFF shall file with the court a fully executed Notice of Dismissal of this action.

4.) The DEFENDANTS hereby covenant and agree to make certain access and/or structural and other modifications to the NEIK MARKET, 3097 Lake Tahoe Blvd., South Lake Tahoe, California. The changes shall be made consistent with the requirements of Title III of the Americans with Disabilities Act of 1990 and applicable California Public Accommodations laws.

5.)   It is understood and agreed by and between the Parties that PLAINTIFF shall completely release, acquit, and forever discharge DEFENDANTS from any and all claims of any kind and nature, character know or unknown, disclosed or undisclosed, which PLAINTIFF may now have, may in the future have, or has ever had against DEFENDANTS, including, but not limited to, any and all claims, rights, demands, causes of action for violation of the Americans With Disabilities Act of 1990, 42 U.S.C. § 12101 et seq., California Health and Safety Code § 19955 et seq., the California Unruh Civil Rights Act, Civil Code § 51 et seq., violation of any other federal, state, local, or public accommodations statutes, rules, regulations, or ordinances, declaratory judgment, injunctive relief, or violation of any other statutes, rules, regulations, or ordinances of any kind, whether state, federal or local, and any claim for retaliation under such laws and any claim for attorney's fees or costs.

6.)   PLAINTIFF represents and warrants that he has not assigned or subrogated any claim concerning the action or authorized any person or entity to assert such claim or claims on his behalf.

7.)   DEFENDANTS do not acknowledge or admit by entering into this Settlement Agreement that they have violated any law and this Agreement shall not be construed as an admission of liability or wrongdoing.

8.) This Agreement shall be construed and governed by the laws of the State of California. The Parties hereto further agree that if, for any reason, any provision hereof is unenforceable, the remainder of this Agreement shall nonetheless remain binding and in effect.

9.) The Parties represent that each had the opportunity of having this Agreement reviewed by counsel of their own choosing during the negotiations of this Agreement, that they read this Agreement, and that they freely and voluntarily enter into it. Therefore, the normal rule of construction that any ambiguity or uncertainty in a writing shall be interpreted against the party drafting the writing shall not apply to any action on this Agreement.

10.) Other than what is set forth above, each party shall be responsible paying his or her own attorneys' fees and costs.

11.) This Agreement sets forth the entire agreement between the Parties hereto and fully supersedes any and all prior agreements or understandings between the Parties pertaining to any subject matter contained in this Agreement. Any amendments or modifications must be made in writing and signed by all Parties.

12.) This SETTLEMENT AGREEMENT and RELEASE contains the entire understanding and agreement between the PLAINTIFF and the DEFENDANTS.

13.) The terms of this Settlement Agreement and Release are contractual, not a mere recital and shall be interpreted in accordance with the laws of the State of California.

DEFENDANT HAS BEEN ADVISED THAT PRIOR TO EXECUTION OF THIS AGREEMENT HE HAS HAD THE OPPORTUNITY TO REVIEW THIS SETTLEMENT AGREEMENT AND RELEASE WITH AN ATTORNEY OR OTHER ADVISOR OF HIS OWN CHOOSING REGARDING ITS MEANINGS AND EFFECTS. DEFENDANT HAS DECIDED, FREELY AND KNOWINGLY, AND AFTER DUE CONSIDERATION, TO ENTER INTO THIS SETTLEMENT AGREEMENT AND RELEASE. DEFENDANT ACKNOWLEDGES THAT HE HAS HAD SUFFICIENT TIME TO REVIEW THIS AGREEMENT WITHOUT SIGNING IT.

IT IS SO AGREED:

DATED: Sep 20, 08  _____
MEHDI BEHMARD, In pro se
("DEFENDANTS") WEIR MARKET

DATED: 09/24/2008  _____
HERBERT S. OLSON, In pro se
("PLAINTIFF")

Herbert S. Olson, in pro se
P.O. Box 815
Fallon, NV 89406
(775) 423-6163

Attorney for Plaintiff, Herbert S. Olson, in pro se

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HERBERT S. OLSON | Case No.: 2:08-CV-00867 WBS JFM |
| Plaintiff, | PROOF OF SERVICE |
| vs. | |
| ARTIN, INC., a California corporation, dba NEIK MARKET, MEHDI BEHMARD, FARDEN BEHMARD, SHAPOUR KAZEMI, and DOES ONE through FIFTY, inclusive, | |
| Defendants, | |

PROOF OF SERVICE page 1

PROOF OF SERVICE

I declare that I am a resident of the State of Nevada, over the age of eighteen years and not a party to the within action. My home address is 606 Timothy Way, Fallon, Nevada, 89406.

On September 12, 2008, I served the following documents:

SETTLEMENT AGREEMENT AND RELEASE
STIPULATION OF DISMISSAL [PROPOSED] ORDER THEREON

on the Parties listed below as follows:

| | |
|---|---|
| MEHDI BEHMARD | FARDEH BEHMARD |
| 1950 Lake Tahoe Blvd | 1950 Lake Tahoe Blvd. |
| South Lake Tahoe, CA 96150 | South Lake Tahoe, CA 96150 |
| | |
| SHAPOUR KAZEMI | ARTW, INC, NEIK MARKET |
| 1950 Lake Tahoe Blvd. | 1950 Lake Tahoe Blvd |
| South Lake Tahoe, CA 96150 | South Lake Tahoe, CA 96150 |

☑ By first class mail by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the United States Post Office box at Fallon, Nevada, 89406

☒ (State)  I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

☒ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed on September 12, 2008, at Fallon, Nevada.

*Lloyd F. Olson*
LLOYD F. OLSON

**COLDWELL BANKER MCKINNEY**
PIONEER CENTER TRUST
2196 LAKE TAHOE BLVD.
SOUTH LAKE TAHOE, CA 96150

U.S. BANK NATIONAL ASSOCIATION
SOUTH LAKE TAHOE, CA 96150
90-2267/1211

444

9/23/2008

PAY TO THE ORDER OF  Herbert S. Olson        $ **500.00

Five Hundred and 00/100************************************************************************ DOLLARS



MEMO

⑈000444⑈ ⑆121122676⑆ 153458257612⑈

---

**CALDWELL BANKER MCKINNEY / PIONEER CENTER TRUST**          444

    Herbert S. Olson        9/23/2008
    Legal                              500.00



Checking                                            500.00